# Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:**   **Category No.** II   **Investigating Agency** DEA

**City** Quincy

**County** Norfolk

**Related Case Information:**
Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number  25-8095-PGL
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Keith MEREDITH    Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name: _____

Address: (City & State) _____

Birth date (Yr only): ____   SSN (last4#): ____   Sex: M   Race: ____   Nationality: ____

**Defense Counsel if known:** _____   Address: _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Evan Panich    Bar Number if applicable _____

**Interpreter:** ☑ Yes  ☐ No    List language and/or dialect: Spanish

**Victims:** ☐ Yes  ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

**Matter to be SEALED:** ☐ Yes  ☑ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:**

**Arrest Date:** 01/31/2025

☑ Already in Federal Custody as of  01/31/2025  in  _____.
☐ Already in State Custody at  Nashua Street    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____  on _____

**Charging Document:** ☑ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:** ☐ Petty   ☐ Misdemeanor   ☑ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 01/31/2025    Signature of AUSA: /s/ Evan Panich

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Keith MEREDITH

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Attempt to Possess with Intent to Distribute Five Kilograms or More of Cocaine | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____